MAY 0 5 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KIMBERLI ANN SHAKESPEARE,

    Plaintiff,

- against -

NCR CORPORATION,

    Defendant.

---

Civil Action No. CV10-2052

SPATT, J.

WALL, M.J.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant NCR Corporation states the following:

1.    NCR Corporation does not have a parent corporation, nor does any publicly-held corporation own more than 10% of its stock.

Respectfully Submitted,

_____
Joseph R. Geoghegan (JG 7693)
EDWARDS ANGELL PALMER & DODGE, LLP
20 Church Street
Hartford, CT 06103
(860) 525-5065
jgeoghegan@eapdlaw.com
Attorneys for Defendant
**NCR CORPORATION**

Dated: May 5, 2010

HFD 210955.1

## CERTIFICATE OF SERVICE

I certify that on the 5th day of May 2010, I caused a true copy of the foregoing document to be served upon the following party, via first-class U.S. Mail, postage prepaid.

Dated:   Hartford, CT
         May 5, 2010

*JOSEPH R. GEOGHEGAN*

Steven J. Mines
Dubow, Smith & Marothy
Attorneys for Plaintiff
860 Grand Concourse
Suite 1N
Bronx, NY 10451