UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KIMBERLI ANN SHAKESPEARE,

        Plaintiff,

- against -

NCR CORPORATION,

        Defendant.

---

APPEARANCE

Civil Action No. _____ 2052

SPATT, J.

WALL, M.J.

TO:   THE CLERK OF THE COURT
      U.S. DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
      225 Cadman Plaza East
      Brooklyn, New York 11201

      Please enter the appearance of Joseph R. Geoghegan on behalf of the defendant, NCR Corporation in the above-captioned action.

Dated:  Hartford, CT
          May 5, 2010

                              Joseph R. Geoghegan (JG 7693)
                              EDWARDS ANGELL PALMER & DODGE, LLP
                              20 Church Street
                              Hartford, CT 06103
                              (860) 525-5065
                              jgeoghegan@eapdlaw.com
                              Attorneys for Defendant
                              **NCR CORPORATION**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 0 5 2010
BROOKLYN OFFICE

## CERTIFICATE OF SERVICE

I certify that on the 5th day of May 2010, I caused a true copy of the foregoing document to be served upon the following party, via first-class U.S. Mail, postage prepaid.

Dated:   Hartford, CT
         May 5, 2010

                                        JOSEPH R. GEOGHEGAN

Steven J. Mines
Dubow, Smith & Marothy
Attorneys for Plaintiff
860 Grand Concourse
Suite 1N
Bronx, NY 10451