UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLI ANN SHAKESPEARE,<br><br>    Plaintiff,<br><br>- against -<br><br>NCR CORPORATION,<br><br>    Defendant. | **APPEARANCE**<br><br>Civil Action No.<br>2:10-cv-02052-ADS -WDW |

TO: THE CLERK OF THE COURT
   U.S. DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
   Long Island Courthouse
   100 Federal Plaza
   Central Islip, NY 11722-4438

  Please enter the appearance of Donald E. Frechette on behalf of the defendant, NCR Corporation in the above-captioned action.

Dated: Hartford, CT
    May 11, 2010

               /s/Donald E. Frechette
               Donald E. Frechette (DF7880)
               EDWARDS ANGELL PALMER & DODGE, LLP
               20 Church Street
               Hartford, CT 06103
               (860) 525-5065
               dfrechette@eapdlaw.com
               Attorneys for Defendant
               **NCR CORPORATION**

HFD 211269.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2010, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.


/s/Donald E. Frechette
Donald E. Frechette, Esq. (DF7880)
Edwards Angell Palmer & Dodge LLP
20 Church Street, 20th Floor
Hartford, CT 06103
Tel: (860) 525-5065
Fax: (860) 527-4198
Email: dfrechette@eapdlaw.com

HFD 211269.1